# UNITED STATES DISTRICT COURT

CRIMINAL NO.:03-10370-DPW

UNITED STATES OF AMERICA

v.

FRANK GIGLIO

## NOTICE OF WITHDRAWAL

NOW COMES the undersigned, counsel for the defendant, Frank Giglio, and submits this Notice of Withdrawal upon the filing of Notice of Appearance by Attorney Martin G. Weinberg.

January 10, 2005

Respectfully submitted,
/s/Benjamin D. Entine, Esq    .
77 Franklin Street
3rd Floor
Boston, MA 02110
Tel: 617-357-0770
BBO# 558533