# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANK GIGLIO

**WARRANT FOR ARREST**

Case Number: 03-10370-DPW

*[Stamp: RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 OCT 29 P 1: 26]*

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Frank Giglio__
                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**conspiracy to possess with intent to distribute and to distribute marijuana**

in violation of Title __21__ United States Code, Section(s) __846__.

Catherine M. Gaulet
Name of Issuing Officer

/s/ Catherine M. Gaulet
Signature of Issuing Officer

*[Seal: UNITED STATES DISTRICT COURT OF MASSACHUSETTS]*

**CLERK OF COURT**
Title of Issuing Officer

Boston, MA; October 29, 2004
Date and Location

Bail fixed at $ _____    BY _____

---

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/5/05 | DEA |
| DATE OF ARREST | | |

THE FOLLO\ .G IS FURNISHED FOR INFORMATIO? .LY:

DEFENDANT'S NAME: _____Frank Giglio_____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____M_____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____