≈AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _MA_

US

APPEARANCE

Case Number: 03-10370-DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Frank Giglio

I certify that I am admitted to practice in this court.

Date: 1/6/05

UNITED STATES DISTRICT COURT
DIST. OF MASS.
FILED IN OPEN COURT
DATE 1/6/05
N. Russo
Deputy Clerk

Signature: [signed]
Print Name: Benjamin D Entine
Bar Number: 5-565-33
Address: 77 Franklin, 3rd Flr
City: Boston    State: MA    Zip Code: 02110
Phone Number: 617-357-0270    Fax Number: 617-357

1612