UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES <br><br> v. <br><br> DOUGLAS K. BANNERMAN, et al., <br><br><br> Defendant | CRIM. NO. 03-10370-DPW |

**DEFENDANT GARY NEWELL'S MOTION TO JOIN
DEFENDANT MACAULEY'S MOTION TO STRIKE
SURPLUSAGE FROM SUPERSEDING INDICTMENT**

Now comes the defendant Gary Newell in the above-captioned case and hereby moves to join in co-defendant <u>Daniel Macauley's Motion to Strike Surplusage from Superseding Indictment</u>, including his memorandum in support, which was filed with the Court on or about January 10, 2005.

Dated: January 11, 2005

Respectfully submitted,
Gary Newell,
By his attorney,

/s/ Debra A. DelVecchio
Debra A. DelVecchio
B.B.O. No. 542139
DEL VECCHIO & HOUSEMAN
15 Front Street
Salem, MA  01970
(978) 740-5999

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing pro se, by mail, hand-delivery, facsimile, whatever on 1/11/05.

/s/ Debra A. DelVecchio