₃AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

United States of America

v

Frank M Giglio

**APPEARANCE**

Case Number: 03-10370.DPW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant Frank M Giglio

I certify that I am admitted to practice in this court.

1-14-05
Date

*[Signature]*
Signature

Martin G Weinberg        519480
Print Name               Bar Number

20 Park Plaza
Address

Boston           MA        02116
City             State     Zip Code

617-227-3700         617-338-9538
Phone Number         Fax Number

UNITED STATES DISTRICT COURT
[stamp, partially illegible]

DATE 1/14/05

N. Rusi
Deputy Clerk