# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                        CRIMINAL NO. 2003-10370-DPW-09

FRANK GIGLIO,
       Defendant.

## *ORDER*

COLLINGS, U.S.M.J.

The Clerk is ORDERED to return to the defendant, Frank Giglio, FORTHWITH the $100,000 he posted as a Condition of Release in the above-styled case. With the Court's permission, the defendant has substituted $100,000 of the equity in his home on Martha's Vineyard to assure his appearance.

/s/ *Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

January 14, 2005.