# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                        CRIMINAL NO. 2003-10370-DPW-09

FRANK GIGLIO,
    Defendant.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

    10/29/2004 - Superseding Indictment returned.

    1/4/2005 - Initial Appearance

    1/14/2005 - Arraignment

    1/15 - 2/11/2005 - Excluded as per L.R. 112.2(A)(2)

    2/8/2005 - Conference held.

    2/9 - 5/16/2005 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

                                         /s/ Robert B. Collings
                                         ROBERT B. COLLINGS

February 8, 2005.             United States Magistrate Judge