# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2003-10370-DPW-09

FRANK GIGLIO,
        Defendant.

## REPORT AFTER
## INITIAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(A)

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on February 8, 2005; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)     The time is enlarged to the close of business on Marchg 28, 2005.

(2)     The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations

      respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3)    No.

(4)    Any non-discovery type motions shall be filed *on or before the close of business on Monday, May 16, 2005;* the Government shall file its response/opposition *on or before the close of business on Tuesday, June 14, 2005;* the defendant's reply memorandum (not to exceed seven pages) shall be filed *on or before the close of business on Tuesday, June 21, 2005.*

(5)    *See* Order of Excludable Delay entered this date.

(6)    Trial has already been set for September, 2005.

(7)    The Final Status Conference is set for *Thursday, May 19, 2005 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1)    *See* ¶¶ (1)-(4), *supra*.

(2)    It does not.

(3)    None.

(4)    *See* Order of Excludable Delay entered this date.

(5)    Not applicable.

                                          */s/ Robert B. Collings*
                                          ROBERT B. COLLINGS
                                          United States Magistrate Judge

February 8, 2005.