UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 03-10370-DPW |
| v. ) | |
| ) | |
| 9. FRANK GIGLIO, ) | |
| ) | |
| Defendant. ) | |

### [ASSENTED-TO] MOTION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO GIGLIO'S MOTION FOR DISCOVERY

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby respectfully seeks an additional 21 days in which to respond to the motion filed today by defendant Frank Giglio ("Giglio") seeking expedited discovery and other relief. The response is currently due on Monday, May 2; the undersigned seeks until Monday, May 23 to respond.

Counsel for Giglio has indicated his assent to this motion.

In support of the motion, the government states as follows:

1. Undersigned counsel is the sole government attorney assigned to the Bannerman case.

2. On Monday, April 25, the undersigned is scheduled to begin a three-week jury trial in United States v. Luis de la Cruz 01-10118-REK.

3. An additional 21 days would allow time for the de la Cruz trial to conclude, and for the discovery response to be addressed in a thoughtful manner.

1

Accordingly, the government respectfully requests that the Court allow the government's oppositions to Giglio's motion to be filed on May 23, instead of May 2.

                                  Respectfully submitted,

                                  MICHAEL J. SULLIVAN
                                United States Attorney

                     By:  /s/ Rachel E. Hershfang
                            RACHEL E. HERSHFANG
                            Assistant U.S. Attorney

Dated: April 18, 2005