UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) | |
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 03-10370-DPW |
| ) | |
| FRANK GIGLIO ) | |
| _____) | |

**DEFENDANT FRANK GIGLIO'S ASSENTED-TO MOTION TO FILE
MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION TO SUPPRESS
EVIDENCE DERIVED FROM ELECTRONIC SURVEILLANCE WHICH EXCEEDS
LOCAL RULE PAGE LIMITS**

Now comes the defendant Frank Giglio and respectfully moves that this Honorable Court permit him to file a Memorandum of Law in support of his Motion to Suppress Evidence Derived From Electronic Surveillance which is 33 pages in length.

As reason therefor, defendant states that his motion to suppress raises issues relating to the necessity for electronic surveillance, *see* 18 U.S.C. §§2518(1)(c), (3)(c), and the showing of probable cause to intercept communications of the defendant. Underlying the electronic surveillance orders at issue are more than 400 pages of affidavits submitted in support of the government's applications for authorization to conduct electronic surveillance. The additional pages requested are necessary to fully and fairly address the issues presented in the defendant's motion. The government assents to the granting of this motion.

Respectfully submitted,
By his attorney,

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar. No. 519480
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

May 16, 2005

Case 1:03-cr-10370-DPW    Document 249    Filed 05/16/2005    Page 2 of 2