UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES        )
                                   )
v.                                     )        Crim. No. 03-10370-DPW
                                   )
FRANK GIGLIO        )
_____)

**DEFENDANT FRANK GIGLIO'S MOTION TO SUPPRESS EVIDENCE DERIVED FROM ELECTRONIC SURVEILLANCE**

Now comes the defendant Frank Giglio and respectfully moves, pursuant to 18 U.S.C. §2518(10) and to the Fourth Amendment to the United States Constitution, that this Honorable Court suppress all communications intercepted over telephone #3 pursuant to orders authorizing electronic surveillance over that telephone issued on August 15, 2003, September 12, 2003, October 10, 2003, and November 7, 2003, as well as all evidence derived therefrom.

As reason therefor, defendant states:

1. On August 15, 2003, Judge Saris issued an order authorizing the interception of communications of a number of individuals, including the defendant, occurring over telephone number (617) 970-9308 (telephone #3). Authorization to intercept communications over that telephone was extended by orders dated September 12, 2003, October 10, 2003, and November 7, 2003.

2. Defendant was intercepted over telephone #3 at least pursuant to the August 15, 2003, and November 7, 2003, orders. He is, accordingly, an "aggrieved person" within the meaning of 18 U.S.C. §§2510(11), 2518(10)(a) at least with respect to those interceptions.[1]

---

[1] The government has not particularized the wiretaps during which Giglio was intercepted. Defendant's review of the line sheets has identified interceptions of Giglio on telephone #3 during the interceptions over telephone #3 pursuant to the August 15, 2003, and November 7, 2003, orders.

3. Communications intercepted pursuant to the August 15, 2003, order were unlawfully intercepted in that (a) the application/affidavit failed to satisfy the necessity requirement of 18 U.S.C. §2518(1)(c), and (2) the affidavit failed to demonstrate probable cause to believe that defendant was committing the target offenses or that he would be intercepted communicating regarding the target offenses over telephone #3.

4. Communications intercepted over telephone #3 pursuant to the orders of September 12, 2003, October 10, 2003, and November 7, 2003, were unlawfully intercepted because they were the fruit of the unlawful August 15, 2003, interceptions and were extensions of the unlawful August 15, 2003, order

5. Communications intercepted over telephone #3 pursuant to the order of November 7, 2003, were unlawfully intercepted in that the application/affidavit failed to satisfy the necessity requirement of 18 U.S.C. §2518(1)(c).

As further reason therefor, defendant refers the Court to the Memorandum of Law submitted herewith.

## REQUEST FOR HEARING

Defendant requests a hearing on the within motion.

---

Defendant has asked the government to inform him whether he was intercepted during other interception periods or on telephones other than telephone #3, but has not yet been provided with this information. It is not possible to determine definitively from the line sheets whether or not a particular individual was intercepted over a particular telephone because of the number of unidentified telephone numbers and unidentified participants. In addition, the line sheets seldom contain more than a brief summary of the conversation. Defendant Giglio reserves the right to supplement his motion and memorandum if he receives information after their filing indicating that he was intercepted over telephones other than telephone #3 or during the periods of interception over telephone #3 pursuant to the orders of September 12, 2003, or October 10, 2003.

**LOCAL RULE 7.1(A)(2) STATEMENT**

    The undersigned counsel has conferred with Rachel Hershfang, AUSA, and she opposes the granting of this motion.

Respectfully submitted,
By his attorney,


*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar. No. 519480
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

May 16, 2005