```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )      No. 03-10370-DPW
     v.                        )
                               )
9. FRANK GIGLIO,               )
                               )
         Defendant.            )
```

### [ASSENTED-TO] MOTION TO EXTEND TIME FOR GOVERNMENT'S RESPONSE TO GIGLIO'S MOTION TO SUPPRESS THE WIRETAP

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby respectfully seeks an additional 6 days in which to respond to the motion filed today by defendant Frank Giglio ("Giglio") seeking to suppress the wiretap in this case. The response is currently due on Tuesday, May 31; the undersigned seeks until Monday, June 6 to respond.

Counsel for Giglio has indicated his assent to this motion.

In support of the motion, the government states as follows: undersigned counsel for the government was, until the week before last, tied up with a lengthy criminal trial. The preparation and participation in the trial required that other matters be temporarily put aside, and that response dates for pending motions be continued. Accordingly, things are now disastrously backed up. An additional week would allow time to respond to Giglio's motion, and would not prejudice the defendant, who is on

release.  No hearing has yet been set for the motion, though presumably, if one is required, it will be heard at the end of July.  Therefore, no delay would result from a short continuance.

Accordingly, the government respectfully requests that the Court allow the government's opposition to Giglio's motion to be filed on June 6 instead of May 31.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                        By:  /s/ Rachel E. Hershfang
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney

Dated: May 24, 2005