UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 03-10370-DPW |
| v. ) | |
| ) | |
| 9. FRANK GIGLIO, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S [ASSENTED-TO] MOTION TO FILE AN OVER-LONG BRIEF**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby seeks this Court's permission to file a brief in excess of 20 pages long. In support of this motion, the government states as follows:

The brief, an opposition to a motion to suppress a wiretap, responds to an attack on a series of lengthy affidavits, the facts of which are directly challenged by the motion to suppress. The defendant's brief is in excess of 30 pages. In order to respond fully to the allegations, the government requests leave to file a 22-page brief.

The defendant, through counsel, assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: June 6, 2005

1