# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v.                                CRIMINAL NO. 2003-10370-DPW-09

FRANK GIGLIO,
        Defendant.

## ORDER AFTER
## FINAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on May 20, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)     Motion #240 has been reserved for decision by Judge Woodlock.

(2)     No.

(3)     No.

(4)　The government has not requested notice of alibi.

(5)　A motion to suppress was filed on May 16, 2005.

(6)　No; the motion to suppress has been set for hearing.

(7)　At this point, the case will have to be tried; trial will last about four (4) weeks.

(8)　*See* prior orders entered in this case (e.g., #231, entered 2/8/2005). All time since 5/16 is excludable due to the pendency of the motion to suppress filed on that date..

(9)　Four (4) weeks.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)　Yes.

(2)　Yes; no reason for the case to remain with the magistrate judge.

(3)　*See* ¶ (5), *supra.*

(4)　*See* ¶ (8), *supra.*

(5)　Four (4) weeks.

(6)　None.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE WOODLOCK'S SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 15, 2005.