AO 109 (2/90) Seizure Warrant

# United States District Court

DISTRICT OF __MASSACHUSETTS__

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

$74,167.77 in U.S. Currency which is currently in the possession of

Nancy D. Effros

**SEIZURE WARRANT**

CASE NUMBER: CR03-10370-DPW

TO: __United States Drug Enforcement Administration__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Dennis Barton__ who has reason to
                                                           Affiant

believe that in the _____ District of __Massachusetts__ there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

I am satisfied that the affidavit(s) and any record testimony established probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to __United States Magistrate Judge Robert B. Collings__
                                                                                     U.S. Judge or Magistrate

as required by law.

APR 2 2 2005  at 11:17 am

~~April 21, 2005~~                                              at   Boston, Massachusetts
Date and Time Issued                                               City and State

Robert B. Collings, U. S. Magistrate Judge
Name and Title of Judicial Officer          HON. ROBERT B. COLLINGS, Signature of Judicial Officer
                                            UNITED STATES MAGISTRATE JUDGE
                                            United States District Court
                                            John Joseph Moakley Courthouse
                                            1 Courthouse Way
                                            Boston,                    AO 109 (USA) 9/2002

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 4/22/05 | 4/22/05 - | Ms. Nancy Effros |

INVENTORY MADE IN THE PRESENCE OF
Ms. Nancy Effros, via FedEx

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

1 Bank of America Cashier's Check #2629632 in the amount of $74,167.77 received by S/A Dennis Barton on 5-9-05 via FedEx Airbill # 8524-6994-7109.

## CERTIFICATION

I swear that the inventory is a true and detailed account of the property seized by me on the warrant.

Dennis A. Barton

Subscribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date: JUN - 1 2005

AO 109 (USAO-MA 9/2002) back