UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>    **Plaintiff**    )<br>)<br>)    No. 03-10370-DPW<br>    v.    )<br>)<br>)<br>**9. FRANK GIGLIO**    )<br>)<br>    **Defendant.**    )<br>_____) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant Frank Giglio the government will seek increased punishment by reason of the following criminal conviction:

1. U.S. District Court, M.D. Florida Docket Number 91-222(S3)-CR-J-20; Offense: 21 U.S.C. Section 846, Conspiracy to Distribute Marijuana; Conviction Date: October 25, 1993.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                              By:
                                        /s/ Rachel E. Hershfang
                                        RACHEL E. HERSHFANG
                                        Assistant U.S. Attorney

Dated: July 16, 2005