FILED
Clerk's Office
USDC, Mass.
Date 7/28/05
By _____
Deputy Clerk

AO 458 (Rev. 10/95) Appearance

# United States District Court
### DISTRICT OF MASSACHUSETTS

## APPEARANCE

CASE NUMBER: 03-10370

To the Clerk of this court and all parties of record:

Enter my limited appearance as counsel in this case for FRANG GIGLIO

I certify that I am admitted to practice in this court.

Date: 7/28/05

Signature: [signature]

Print Name: KIMBERLY HOMAN     Bar Number: 239000

Address: 20 PARK PLAZA, SUITE 905

City: BOSTON   State: MA   Zip Code: 02116

Phone Number: (617) 227-8616   Fax Number: (617) 338-9538

This form was electronically produced by Elite Federal Forms, Inc.