UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 03-10370-DPW |
| FRANK GIGLIO | ) ) ) | |

**ASSENTED-TO MOTION TO SUBSTITUTE CASH
COLLATERAL FOR REAL ESTATE COLLATERAL
AS CONDITION OF PRETRIAL RELEASE**

Now comes the defendant, Frank Giglio, who hereby moves that this Honorable Court allow him to substitute $100,000.00 cash collateral for the current $100,000.00 in real estate collateral for the following reasons:

1. In January, 2005, the defendant was released upon conditions of bail that included the posting of $100,000 cash collateral. At the defendant's request, this Honorable Court approved the substitution of $100,000 in equity in his West Tisbury, Massachusetts, real property and released the cash collateral upon proof that a mortgage in favor of the Clerk, United States District Court, was recorded on January 19, 2005, in the Dukes County Registry of Deeds. The defendant, in order to facilitate the acquiring of an equity loan on his West Tisbury, Massachusetts, real property, has arranged to borrow $100,000 from his son-in-law, a Florida resident, and requests that the court allow the re-substitution of the cash collateral for the real property and order the Clerk to issue a discharge of the previously entered mortgage on the West Tisbury, Massachusetts, real property.

2. The Government, through Assistant United States Attorney Rachel Hershfang, assents to the allowing of this motion

                                                RESPECTFULLY SUBMITTED,
BY HIS ATTORNEY,

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
MARTIN G. WEINBERG, P.C.
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

August 5, 2005