

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*    *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

August 8, 2005

By Facsmile Transmission and First Class Mail

Martin G. Weinberg
Oteri, Weinberg & Lawson
20 Park Plaza
Boston, MA 02116

    Re:   United States v. Frank Giglio
           Criminal No.03-10370-9-DPW

Dear Mr. Weinberg:

    I write to set out our agreements with respect to your requests for early pretrial disclosures.  Please review the information below and let me know if you think it accurately captures our agreements; if so, I will file it with the Court.

    You asked for a copy of the exhibit list with transcripts of recordings by July 13, 2005.  We have agreed that I will provide a draft exhibit list, with transcripts of recordings, on August 15, 2005.  (I have also agreed to provide transcripts before that date, if available; I hope to give you transcripts of some telephone calls later this week.)  At your request, I am focusing on the recordings involving CW-6 (whom I will identify by name on Friday, per our earlier agreement).

    I have also agreed to identify Rule 404(b) evidence to be offered against Mr. Giglio next Monday, August 15, 2005.  (If I later become aware of additional such evidence and form the intention to use it, I will notify you immediately.)

    We have also agreed that I will provide you with the §3500 materials I currently have on CW-6 on August 15, and will supplement with any further materials on August 22.

    Finally, at your request, I have inquired into the status of

the out-of-district cases in which CW-6 cooperated.  I will provide you with the case names and status once I can confirm that such disclosure will not adversely affect those prosecutions.

    Please let me know if you agree.  Thanks.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:
                              <u>/s/ Rachel E. Hershfang</u>
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney

cc:  Ms. Michelle Rynne,
     Courtroom Clerk to the Hon. Douglas P. Woodlock