UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA      )
                              )
v.                            )   CR. NO. 03-10370-DPW
                              )
FRANK GIGLIO                  )
_____  )

## MOTION FOR DISCHARGE OF MORTGAGE AND
## FOR RETURN OF QUITCLAIM DEED

Now comes the defendant, Frank Giglio, who hereby requests that this Honorable Court order the discharge of the Mortgage placed upon 4 Stonewood Lane, West Tisbury, Massachusetts, recorded in Book 1028, Page 328 in the Dukes County Registry of Deeds posted to secure his conditional release and for the return of the Quitclaim Deed, which was executed by the defendant now being held in escrow by the Clerk's office. As reason therefor, the defendant states that in accordance with the Court's order of August 11, 2005 allowing the defendant's Assented-To Motion to Substitute Cash Collateral for Real Estate Collateral As Condition of Pretrial Release {"Motion to Modify Conditions of Release"}, the defendant has provided to the United States District Court Clerk's office a bank check in the amount of $100,000 as a substitute for the above-mentioned Mortgage.

RESPECTFULLY SUBMITTED,
BY HIS ATTORNEY,

/s/ Martin G. Weinberg
Mass. Bar No. 519480
OTERI, WEINBERG & LAWSON
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

DATED: August 16, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                            )
UNITED STATES OF AMERICA    )
                            )
v.                          )    CR. NO. 03-10370-DPW
                            )
FRANK GIGLIO                )
_____)

## DISCHARGE OF MORTGAGE

I, SARAH A. THORTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Frank Giglio to the Clerk of the United States District Court for the District of Massachusetts, to secure bond in Criminal Case No. 03-10370-DPW, for property located at 4 Stonewood Lane, West Tisbury, Massachusetts, hereby discharge said mortgage recorded in the official records book of Dukes County Registry of Deeds, at Book 1028, Page 328, and acknowledge satisfaction of the same.

Witness my hand and seal this ___ day of August, 2005.

_____
Sarah A. Thorton, Clerk
United States District Court
District of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared SARAH A. THORTON, Clerk, and acknowledged the forgoing to be his free act and deed before me.

_____
Notary Public
My commission expires: _____