UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 03-10370-DPW |
| ) | |
| FRANK GIGLIO ) | |

## DISCHARGE OF MORTGAGE

I, SARAH A. THORTON, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Frank Giglio to the Clerk of the United States District Court for the District of Massachusetts, to secure bond in Criminal Case No. 03-10370-DPW, for property located at 4 Stonewood Lane, West Tisbury, Massachusetts, hereby discharge said mortgage recorded in the official records book of Dukes County Registry of Deeds, at Book 1028, Page 328, and acknowledge satisfaction of the same.

Witness my hand and seal this 17 day of August, 2005.

*Sarah A. Thorton*
Sarah A. Thorton, Clerk
United States District Court
District of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Then personally appeared SARAH A. THORTON, Clerk, and acknowledged the forgoing to be his free act and deed before me.

_____
Notary Public
My commission expires: _____

DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012