IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) No. 03-10370-9-DPW |
| FRANK GIGLIO, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Rachel E. Hershfang and Peter K. Levitt, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1.  The United States of America is one of the litigants in this trial.  You may hear the United States referred to throughout the trial as "the government."  Have you, or any member of your immediate family, or anyone with whom you are close:

(a) ever been arrested, or ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?

(b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

(c) ever filed a claim or lawsuit against the United States or any United States agencies, or been the target of a claim or lawsuit by the federal government?

(d) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshals Service, or the Drug Enforcement Administration, known as the "DEA"?

2.     Are you aware of any prejudice that you may have for or against the government that would in any way make it difficult for you to evaluate and judge fairly and impartially the facts of this case?

3.     Some of the witnesses expected to be called by the United States at trial are Special Agents of the Drug Enforcement Administration.  Are you aware of any prejudice that you might have for or against a witness or other individual in this case where that witness or individual is a law enforcement officer?

4.     Do you have any strong feelings regarding the federal drug trafficking laws, including those governing the trafficking of marijuana, that would affect your ability to sit as a fair and impartial juror in this case?  Are you or any member of your family a member of an organization that advocates the legalization of any controlled substances?

5.     Have you, or anyone in your family or close circle of friends ever been treated for an addiction to any narcotic substance?

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:          /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
PETER K. LEVITT
Assistant U.S. Attorneys

Dated: September 6, 2005

2