UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 03-10370-DPW |
| | ) |
| FRANK GIGLIO | ) |

## Notice of Appearance

Now comes the undersigned counsel, Robert M. Goldstein, and hereby enters his appearance for the Defendant, Frank Giglio, in the above-captioned matter.

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, Massachusetts 02116
(617) 742-9015

Dated: September 6, 2005