UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 03-10370-DPW |
| | ) | |
| FRANK GIGLIO | ) | |

**DEFENDANT FRANK GIGLIO'S MOTION FOR LEAVE TO FILE
REQUESTS FOR JURY INSTRUCTIONS LATE**

Now comes the defendant, Frank Giglio, who hereby moves that this Honorable Court grant him leave to file his requests for jury instructions on Friday, September 9, 2005 or within 7 days of any subsequently rescheduled trial date. As reason for this request, the defendant states, through counsel, that given the announcement on September 2, 2005, that as a tactical manner in trying to win a trial the government was responding to a previously filed motion in limine by asking a grand jury to supersede the above-captioned indictment, broadly altering its charge, the defendant requests leave to defer his filing of theory of defense and other related instructions until after the prosecution has finalized its charging decision.

RESPECTFULLY SUBMITTED,
BY HIS ATTORNEYS,

*/s/ Martin G. Weinberg*
Mass. Bar No. 519480
OTERI, WEINBERG & LAWSON
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

*/s/ Robert M. Goldstein*
BBO #630584
20 Park Plaza, Suite 903
Boston, MA
(617) 742-9015

September 6, 2005