UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CR. NO. 03-10370-DPW |
| ) | |
| FRANK GIGLIO            ) | |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Now comes the defendant, Frank Giglio, who hereby moves that this Honorable Court address the following in its proposed voir dire:

1. Some people have very strong feelings about drug cases. Please raise your hand if you:

    a) Believe the penalties for drug crimes are too lenient?

    b) Would find it difficult to return a verdict of "not guilty" even if the government failed to prove its charge beyond a reasonable doubt?

    c) Would find it difficult to return a verdict of "not guilty" if you believed that the defendant had committed a drug crime but not the one charged in the indictment?

2. Please raise your hand if you believe that just because someone is charged with a crime there must be something to it? In other words, "where there's smoke, there's fire"?

3. Have you, any member of your immediate family or any close friends ever been employed by any police department or law enforcement agency, or any federal, state or local government agency?

4. Have you ever *applied* to any federal, state or local law enforcement agency for a job, or do you have any current plans to apply for such a job?

5. Would you tend to give greater credence to the testimony of a government employee because he is a government employee, rather than to testimony of any other witness?

6. Please raise your hand if you believe that the government never makes mistakes in charging people with crimes?

7. Please raise your hand if you believe that if the government goes to the trouble of bringing someone to trial, then the person is probably guilty?

8. Please raise your hand if you, a family member or friend has ever been treated or considered treatment for drug abuse or an alcohol problem?

9. Please raise your hand if you have any other concerns or reservations about sitting as a juror in this case or if there is anything going on in your life either at home or at work that might cause you to be distracted if you were selected to sit as a juror on this case.

10. If you were representing the government in this case, is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

11. If you were representing Mr. Giglio in this case, is there any reason why you would not want to have the case decided by someone with your beliefs, background or frame of mind?

                    RESPECTFULLY SUBMITTED,
                    BY HIS ATTORNEYS,

*/s/ Martin G. Weinberg*
Mass. Bar No. 519480
OTERI, WEINBERG & LAWSON
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700


*/s/ Robert M. Goldstein*
BBO #630584
20 Park Plaza, Suite 903
Boston, MA
(617) 742-9015



September 6, 2005