```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 03-10370-9-DPW |
| **FRANK GIGLIO,** | ) | |
| Defendant. | ) | |

### STATUS OF PRETRIAL DISCOVERY

In response to the Court's request on Friday, September 2, the government states as follows with respect to the status of pretrial discovery in this case: For the most part, existing documents relevant to the charges in this case (and to uncharged conduct dating back to the late 1990s) have been produced to counsel. Items of which the government is aware, and has not provided by close of business on Tuesday, September 6, are noted below:

1.  As noted in the government's 21-day discovery letter, various witnesses testified at suppression hearings for codefendants Jose Vezga and Gary Newell. With respect to the witness testimony that has been transcribed (Trooper Mark Reid and Cambridge Police Officer David Diamond), that testimony has been produced. The government has not received copies of the testimony of anticipated government witnesses Brian Tomasetta and Dennis Barton, and will produce such testimony promptly upon receipt.

2. Also as noted in the government's 21-day discovery letter, the undersigned has been unable to locate a signed version of an affidavit filed by Special Agent Dennis Barton in support of a forfeiture from defendant Douglas Bannerman. Those attempts are ongoing, and a copy will be produced promptly upon receipt. In the meantime, an unsigned version has been produced.

3. The undersigned is in the process of collecting reports in cases in which one of the anticipated government witnesses ("CW-6") cooperated and will review those reports upon receipt. (Reports describing CW-6's debriefings in connection with those investigations have previously been disclosed.) If any information contained in those reports is subject to disclosure, it will be disclosed promptly.

If the government learns of any additional information that is subject to disclosure under the Local Rules or the Federal Rules of Criminal Procedure, it will promptly disclose such information to defense counsel.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY:    /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
PETER K. LEVITT
Assistant U.S. Attorneys

Dated: September 6, 2005