```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )    No. 03-10370-DPW
     v.                       )
                              )
9. FRANK GIGLIO,              )
                              )
          Defendant.          )
```

**GOVERNMENT'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT WITH RESPECT TO FRANK GIGLIO**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby moves to dismiss the Second Superseding Indictment with respect to defendant Frank Giglio. In support of this motion, the government states as follows:

1. There is no distinction between the charges against Mr. Giglio in the Superseding Indictment and the Second Superseding Indictment;

2. A Third Superseding Indictment was returned today, before Mr. Giglio had been arraigned on the Second Superseding Indictment; and

3. Mr. Giglio has been arraigned on both the Superseding Indictment and the Third Superseding Indictment.

The government therefore respectfully moves to dismiss the charges, as against Mr. Giglio only, in the Second Superseding Indictment, as such charges replicate those in the Superseding

1

Indictment, and have been supplanted by the charges in the Third Superseding Indictment.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: September 8, 2005