**United Stated District Court**
**District of Massachusetts**

| | |
|---|---|
| United States of America, ) | Case No.: 03-10370 DPW |
| ) | |
| v. ) | |
| ) | AFFIDAVIT |
| Frank Giglio, ) | OF |
| Defendant ) | JAMES McALEAR |
| ) | |

I, James McAlear, hereby depose and state as follows:

1. I am the Jury Administrator at the United States District Court for the District of Massachusetts. My offices are at One Courthouse Way in Boston, MA. I make this statement based on my own personal knowledge, including consulting with the Clerk of Court and her staff.

2. I have been employed with the Clerk of Court's office since January, 1998. At present, I am responsible for the administration of all jury procedures set forth in the jury plan for the District of Massachusetts.

3. For the jury pool to be drawn on September 19, 2005, we initially mailed out 2,000 summonses.

4. In an effort to comply with the Memorandum and Order issued on September 2, 2005 by Judge Nancy Gertner in the matter of *United States of America v. Jonathan Hart*, Docket No.: 02-10301, we randomly have selected 4,900 names from the jury wheel for panels that will be needed for the remainder of the calendar year 2005.

5. Further, we randomly have selected 9,000 names to be used for replacing summonses which are returned by the United States Postal Service and marked as

1

undelivered. These names also will be used to replace those summonses that no response has been received.

6. As to all prospective jurors from whom no response is received after the initial summons is mailed, a second request letter will be sent.

7. For each prospective juror mailing that is returned to us as "undelivered," a replacement summons will be issued. Each replacement summons is drawn (from the pool of 9,000 described in paragraph 4 above) by zip code.

8. As to all prospective jurors from whom no response is received after the second mailing, a replacement summons will be issued as described in paragraph 6 above.

9. This "targeted mailing" has or will have been performed for the jury pool drawn for September 19, 2005 and will affect those cases for which juries are drawn on September 19, September 26 and October 3, 2005.

10. Given the press of time, we would be unable to make a similar "targeted mailing" for any trial date prior to September 19, 2005.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 8th DAY OF SEPTEMBER, 2005.

James McAlear
Jury Administrator
U.S. District Court - Massachusetts

2