UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                          )<br>)<br>FRANK GIGLIO                             )<br>                                                      ) | CR. NO. 03-10370-DPW |

**ASSENTED-TO MOTION TO MODIFY CONDITIONS OF RELEASE**

NOW COMES the defendant, Frank Giglio, who hereby moves that this Honorable Court modify his conditions of release.  As reason therefor, the defendant states the following:

1. Mr. Giglio currently resides at 357 East 8th Street, Unit 6, South Boston, MA 02127;

2. Mr. Giglio wishes to change his residence to 4 Stonewood Lane, Chilmark, MA 02535;

3. The defendant's spouse has employment on Martha's Vineyard, therefore, the family needs to relocate; additionally, the defendant will be required to divide his time so as to manage his business which is in Cambridge and has arranged to reside at the home of his long-time friends Frank and Susan Rapp's residence at 8 Edgewater Drive, Dover, MA 02030, for nights that he must be in the Boston area.

4. The defendant's Pretrial Services Officer, September Lee Brown, does not oppose the granting of this motion.

5. Assistant United States Attorney Rachel Hershfang assents to the granting of this motion.

Wherefore, the defendant, Frank Giglio, hereby requests modification of his conditions of release.

RESPECTFULLY SUBMITTED,
BY HIS ATTORNEY,


*/s/ Martin G. Weinberg*
Mass. Bar No. 519480
OTERI, WEINBERG & LAWSON
20 Park Plaza, Ste 905
Boston, MA   02116
(617) 227-3700
(617) 338-9538 (FAX)