The Honorable Douglas P. Woodlock
United States District Court Judge
Moakley U.S. Courthouse
1 Courthouse Way, 3rd Floor
Boston, MA 02210

Your Honor,

    I am writing this letter on behalf of my husband Frank Giglio. I feel that it is necessary for you to know some background and details of my husband's life, in order to give you some insight as to who he really is. This, I believe will help you make a fair decision in the sentencing of my husband.

    My husband, Frank Giglio (58) is the father of 4 daughters, his oldest, Rebecca lives in Tampa with her husband and three children to which Frank is a Grandfather. His remaining 3 daughters are Marlee (13) Jaye (11) and Cali Grace (1). I have known my husband for 20 years and have always known him to be an exemplary father, providing a safe and loving environment. He has continuously set a good example as an honest, hardworking, father, husband and employer by providing a warm and loving home inclusive of nutritious meals and establishing and growing a successful business in Cambridge, Massachusetts.

    Frank is a self-starter and always motivated. He loves his country and is a good citizen. Frank has successfully owned and operated an Antique Cooperative in Cambridge, MA for over 20 years named Antiques on Cambridge Street/East West Antiques. He is involved as an owner, as well as an employee. His responsibilities are buying and selling antique furniture, house clean –outs, furniture restoration, and shipping and installation of fine antiques throughout Boston and its neighborhoods. He co-owns the business with his two partners Robert Werner and Burt Rosenguard.

    Due to my husbands savvy business sense and work acumen, his business has been grown to be successful and has been featured in Boston Magazine receiving Best Of Boston 2005. Frank works 6 days a week and has never called in sick. He moves in perpetual motion always trying to increase sales and making sure things get delivered on time and installed correctly. Most days he starts before sun rise and is home well after sunset. He is a perfectionist in what he does and has extreme passion for his business. His many customers become friends trusting Franks expertise in furnishing their home. He is a good man and never displays negativity.

    Frank is needed in all of our lives personal and business, but most importantly to maintain family ties. Frank provides financially for his 3 young children. We are not rich people. We are both working class people who are respected for our hard work and our loving family. We are a members of our church community and give back what we can positively to society. I am a business manager at an architecture firm on Martha's Vineyard where we have a home. Together Frank and I have worked extremely hard over the past 20 years to provide a warm and healthy home for our children and our selves.

    There is no doubt in my mind that my husband's indiscretions and involvement in this case were made while under the influence of alcohol and marijuana. I feel that Frank would benefit fully by attending a drug and alcohol treatment facility. Being the hard worker that he is, I would hope that because of the nature of this low-level, non-violent crime, there would be an alternative sentence such as work release and or community

service, which would match the crime to prison time. I feel that a drug treatment facility would assist in keeping Frank on the right track.

The set of unfortunate circumstances surrounding my husband's case have touched all of our lives drastically, however, the children suffer the most. They need their father to guide and support them through a difficult time at such tender ages.

To date, Frank has successfully completed one year of drug testing proving negative and is always accounted for with his Pre-Trial supervisor September Lee Brown. He is not a danger to society, his family or anyone. Ms. Brown can attests to this fact.

Frank has mentored several underprivileged youths by showing them simple vocational skills such as furniture refinishing and rebuilding. It has given them a purpose and a skill which otherwise could have led them down a dangerous path. Their families have thanked Frank for making a difference in their son's lives. Surely there are ways to pay back to society other than time away from our family. Frank has a lot of talent, which is derived from his own hard work, and I feel that he would be beneficial to help out on the "outside" rather than on the "inside". I know that Frank would succeed in this contribution to society.

In conclusion, your honor, I am asking that you please help my husband in any possible way that you can, to lessen his time away from our family. I feel that a more lenient punishment including a drug and alcohol treatment facility would provide him with the tools to remain a peaceful, productive contributor to society.

By exercising your executive power to forgive, please find it in your heart to help heal the devastating effects that have touched all who surround Frank. Please, your honor our children need a home and parents to guide them through this already difficult process. As a parent I urge you to understand the importance of my husbands participation in their lives

I hope, trust and pray that you will.

Sincerely, Franks loving wife,

*Lauren Giglio*
Lauren Ann Giglio