UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CRIMINAL NO. 03-10370-DPW |
| FRANK GIGLIO | ) ) ) | |

## Motion to Seal Motion to Continue Sentencing

Now comes the Defendant, Frank Giglio, by and through undersigned counsel, and hereby moves to seal the accompanying pleading, entitled "Motion to Continue Sentencing," which is being filed in hand only (and not electronically), as said pleading deals with confidential matters that the defendant respectfully contends should not be a part of the public record at this time. As such, the defendant hereby seeks approval of the Court to file said pleading under seal, the original of which his being hand-delivered to the Court.

                                                      Respectfully Submitted,
                                                    Frank Giglio,
                                                    By his attorneys,

**/s/ Martin G. Weinberg**
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 905
Boston, Massachusetts 02116
(617) 227-3700

**/s/ Robert M. Goldstein**
Robert M. Goldstein
Mass. Bar No. 630584
20 Park Plaza, Suite 903
Boston, Massachusetts 02116
(617) 742-9015

Dated: February 21, 2006

1

**CERTIFICATE OF SERVICE**

    I, Robert M. Goldstein, hereby certify that on February 21, 2006, this document filed through the Court's CM/ECF system will be sent electronically to the registered participants including Rachel Hershfang, Assistant United States Attorney, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA, 02210, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

        **/s/ Robert M. Goldstein**
        Robert M. Goldstein