UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>9. FRANK GIGLIO, )<br>)<br>Defendant. ) | No. 03-10370-DPW |

**WITHDRAWAL OF INFORMATION FILED PURSUANT TO 21 U.S.C. §851**

The United States of America, by and through the undersigned Assistant United States Attorney, hereby withdraws the Information filed under 21 U.S.C. § 851 in the above-captioned matter to establish the prior drug trafficking convictions of Defendant Frank Giglio. As grounds therefor, the undersigned states that the government agreed to withdraw the Information as part of a plea agreement and that the withdrawal is therefore in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon Martin G. Weinberg, Esq. a copy of the foregoing document by electronic filing and by hand delivery, this 21st day of February, 2006.

/s/ Rachel E. Hershfang
Rachel E. Hershfang, AUSA

1

2/21/06 · ALLOWED
Douglas P. Woodlock,
U.S.D.J.