From: "Aimee Silberman" <aksilberman@hotmail.com>
To: aksilberman@hotmail.com
Date: Thu, 23 Feb 2006 09:09:10 -0500

The Honorable Douglas P. Woodlock
U.S. District Court Judge
Moakley U.S. Courthouse
1 Courthouse Way, 3rd Floor
Boston, Ma. 02210

Dear Judge Woodlock

I am very disappointed at the sentence given to Frank Giglio on Tuesday Feb. 21. His commitment to a drug and alcohol rehab, when is is not an abuser, for 500 hours was a ploy he used to get a year and a half off his time being served in a low level environment. .

I am surprised you played into the farce the defense created. Frank is a second time offender .
His crocodile tears must have touch your heart. Justice was not served.

I know this letter is after the fact and will do no good but it makes me feel better to let you know my feelings.

Sincerely

*Aimee Silberman*

Aimee Silberman