UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.03-10370-DPW |
| | ) | |
| **FRANK GIGLIO** | ) | |

### ORDER EXTENDING DATE FOR SELF SURRENDER

The motion of the defendant FRANK GIGLIO to extend the date by which he must self surrender to the Bureau of Prisons, from April 7, 2006 to May 5, 2006 is Allowed.

The defendant FRANK GIGLIO is ORDERED to report to the facility designated by the Bureau of Prisons by no later than <u>2:00 P.M on May 5, 2006.</u>

**April 5, 2006**                              **/s/ Douglas P. Woodlock**
                                               **DOUGLAS P. WOODLOCK**
                                               **UNITED STATES DISTRICT JUDGE**