UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>FRANK GIGLIO )<br>) | CR. NO. 03-10370-DPW |

**UNOPPOSED MOTION FOR SUPPLEMENTAL
RECOMMENDATION TO BUREAU OF PRISONS**

Now comes the defendant, Frank Giglio, who hereby moves that this Honorable Court recommend that the United States Bureau of Prisons designate the Federal Prison Camp at Pensacola, Florida as his place of incarceration. In support of this motion, the defendant states the following:

1. On February 21, 2006, the defendant was sentenced to a term of imprisonment of 78 months. Undersigned counsel requested that the Court recommend that the term of imprisonment be served at the satellite camp at Fort Devens, a recommendation that the Court included in its Judgment & Commitment Order.

2. The Bureau of Prisons thereafter designated FCI Loretto, Pennsylvania, as the place of confinement, a selection that, according to regional designator Lee Tatum of the Bureau of Prisons, resulted, at least in part, from the Bureau's general overpopulation management problems in the Northeast Region.

3. FCI Loretto is located approximately 90 miles east of Pittsburgh, between Altoona and Johnstown, PA, a location making regular family visits exceedingly difficult.

4. FPC Pensacola meets the defendant's security classification in that Giglio is neither an organizer nor manager of the Milo-Bannerman conspiracy and would be more accessible to the defendant's family some of whom reside in Florida. Joel Sickler, a prison consultant/criminologist at the Justice Advocacy Group, 1919 Earldale Court Alexandria, Virginia, 22306, has advised counsel that he has been informed that the Bureau of Prisons has recently agreed that Giglio is camp eligible. Additionally, FPC Pensacola, unlike FCI or FPC Loretta, will have a Residential Drug and Alcohol Program available to the defendant.

5. The defendant fully understands that the Court can only recommend not order the Bureau of Prisons to designate a particular location. The current designation, however, exceeds Giglio's security level and was made in part due to factors extrinsic to Giglio's offense conduct or history.

6. Giglio is due to voluntarily surrender to the Bureau of Prisons on May 5, 2006.

WHEREFORE, the defendant requests that this Honorable Court recommend that the United States Bureau of Prisons designate the Federal Prison Camp at Pensacola, Florida as his place of incarceration.

**LOCAL RULE 7.1(A)(2) STATEMENT**

Assistant United States Attorney Rachel Hershfang informed counsel that she did not oppose the allowing of this motion.

RESPECTFULLY SUBMITTED,
BY HIS ATTORNEY,

*/s/ Martin G. Weinberg*
Mass. Bar No. 519480
OTERI, WEINBERG & LAWSON
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on April 28, 2006, that this document filed through the Court's CM/ECF system will be sent electronically to the registered participants including Rachel Hershfang, Assistant United States Attorney, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA, 02210, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Martin G. Weinberg