UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                              CRIMINAL NO.
                                                      03-10370-DPW

FRANK GIGLIO,
        Defendant

## JUDICIAL RECOMMENDATION

In accordance with the Allowance this date of the Defendant's Motion for Supplemental Recommendation to Bureau of Prison, the following Judicial Recommendation is hereby made:

**The defendant should be designated to The Federal Prison Camp at Pensacola, Florida.**

                                                              /s/ Douglas P. Woodlock
                                                              Hon. Douglas P. Woodlock
                                                              United States District Judge

DATED: May 1, 2006