UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 03-10370-DPW |
| ) | |
| FRANK GIGLIO ) | |

**ASSENTED-TO MOTION FOR ORDER TO
DISCHARGE BAIL COLLATERAL**

Now comes the defendant, Frank Giglio, who hereby moves that this Honorable Court order that the Clerk of the United States District Court for the District of Massachusetts release the $100,000.00 cash collateral maintained by the Clerk's Office as a condition of the defendant's bail in the above-captioned matter. As reason therefor, the defendant states that on May 5, 2006, he reported to and is now incarcerated at FPC Pensacola, Federal Prison Camp, 110 Raby Avenue, Pensacola, FL, 32509.

**LOCAL RULE 7.1(A)(2) STATEMENT**

Assistant United States Attorney Rachel Hershfang assents to the granting of this motion.

RESPECTFULLY SUBMITTED,
BY HIS ATTORNEY,

*/s/ Martin G. Weinberg*
MARTIN G. WEINBERG, P.C.
Mass. Bar No. 519480
20 Park Plaza, Suite 905
Boston MA 02116
(617) 227-3700

**CERTIFICATE OF SERVICE**

I hereby certify that the above document was electronically filed on the CM/ECF system which serves a copy by NEF upon Rachel Hershfang, Assistant United States Attorney, United States Attorney's Office, John Joseph Moakley Federal Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210 on this 12th day of May, 2006.

*/s/ Martin G. Weinberg*